IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JAMES L. LONG, # 110127**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 5:19cv96-DCB-MTP**

**MANAGEMENT AND TRAINING
CORPORATION, WARDEN WALKER,
ERICA PERKINS, MAJOR DANIELS, and
JANE AND JOHN DOES**  **DEFENDANTS**

## ORDER DENYING MOTION FOR MANDAMUS

BEFORE THE COURT is pro se Plaintiff James L. Long's Motion for Writ of Mandamus [16]. On January 17, 2020, the Court dismissed this case. Plaintiff then filed the instant motion on February 18, asking for a writ of mandamus ordering the State court to produce records from his criminal trial. It is not clear that he meant to file the motion in this case, as he references only a state court criminal action. Seventeen days later, he filed a Petition for Writ of Mandamus in this Court in *Long v. Doe*, civil action number 3:20cv137, seeking the same relief. That Petition is still pending. Because this case is already closed, and a similar Petition is pending elsewhere, the motion is denied without prejudice to the current pending case of *Doe*.

**IT IS THEREFORE ORDERED AND ADJUDGED** that pro se Plaintiff James L. Long's Motion for Writ of Mandamus [16] is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 16th day of March, 2020.

                                        s/David Bramlette
                                        UNITED STATES DISTRICT JUDGE